**No. P68/507.**—Henry A. Wess, Inc. *v.* United States, protests 64/3353 and 64/3354 (Cleveland).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of scientific instruments similar in all material respects to those the subject of *The Bendix Corporation* v. *United States* (57 Cust. Ct. 184, C.D. 2759), the claim of the plaintiff was sustained.